UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Brian Avila<br>DEFENDANT(S). | CASE NUMBER<br>2:24-cr-00683-SPG-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of  Defendant's Counsel , IT IS ORDERED that a detention hearing is set for December 18 , 2024 , at 9:00  ☒ a.m. / ☐ p.m. before the Honorable Maria A. Audero , in Courtroom 640, Duty Courtroom .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 12/12/2024

U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                              Page 1 of 1